UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICIO CLAROS, DAMARIS MUNOZ, NELSON MUNOZ, CRISTIAN MUNOZ, and MAURO CLAROS,<br><br>            Plaintiffs<br><br>     v.<br><br>MARVIN'S REFRIGERATION CORP., MARVIN TREJOS and GRELY MORENO GONZALEZ,<br><br>            Defendants. | Case No. 1:24-cv-1197 (ECC/PJE) |

**NOTICE OF MOTION FOR A MORE DEFINITE STATEMENT OR, IN THE ALTERNATIVE, TO DISMISS DEFENDANTS' COUNTERCLAIMS**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully move this Court to order Defendants to make a more definite statement pursuant to Fed. R. Civ. P. 12(e) or, in the alternative, to dismiss Defendants' counterclaims for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

*/s/ Maureen Hussain*
Maureen Hussain
Cristina Brito
Worker Justice Center of New York
245 Saw Mill River Road, Suite 106
Hawthorne, NY 10532
(845) 331-6615
mhussain@wjcny.org
cbrito@wjcny.org

*Attorneys for Plaintiffs*