**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAURICIO CLAROS, DAMARIS MUNOZ, NELSON MUNOZ, CRISTIAN MUNOZ, and MAURO CLAROS,<br><br>             Plaintiffs,<br><br>    v.<br><br>MARVIN'S REFRIGERATION CORP., MARVIN TREJOS, and GRELY MORENO GONZALEZ,<br><br>             Defendants. | Case No. 1:24-cv-1197-ECC-PJE |

## <u>NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS WITHOUT PREJUDICE</u>

Defendants/Counterclaimants Marvin's Refrigeration Corp., Marvin Trejos, and Grely Moreno Gonzalez, by their counsel, hereby voluntarily dismiss their Counterclaims against Plaintiffs/Counter-Defendants without prejudice pursuant to Fed. R. Civ. P. 41(c).

Dated: November 21, 2025

CLARK HILL PLC

/s/ Regina E. Faul
Regina E. Faul, Esq.
1180 Avenue of the Americas
Suite 1910
New York, NY 10036
Tel: (646) 395-8588
RFaul@clarkhill.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on November 21, 2025, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS WITHOUT PREJUDICE** was served upon all counsel of record via email, as follows:

> Cristina Brito, Esq.
> cbrito@wjcny.org
> Maureen Hussain, Esq.
> mhussain@wjcny.org